WILLIAM R. TAMAYO -- #084965 (CA)
MARCIA L. MITCHELL - #18122 (WA)
DAVID F. OFFEN-BROWN – #063321 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone:  (415) 625-5652
Facsimile: (415) 625-5657
David.Offen-Brown@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>vs.<br><br>CRIME SCENE CLEANERS, INC.<br><br>           Respondent. | Case No. CV-11-04269 MEJ<br><br>**REVISED STIPULATED REQUEST FOR ORDER CHANGING TIME**; ~~[PROPOSED]~~ **ORDER** |
|---|---|

Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter Plaintiff or EEOC) and Defendant CRIME SCENE CLEANERS, INC. (hereinafter Defendant or CSC) stipulate to the extension of the schedule for this case as set forth below.  The undersigned is assigned to prosecute another case, *EEOC v. Wal-Mart Stores, Inc.*, Case 2:11-CV-03327-JAM-CKD in U.S. District Court for the Eastern District of California, which has a trial date of March 25, 2013.  That trial is estimated to take five days.  This proposed schedule allows two weeks between the projected conclusion of this trial and the beginning of the *Wal-Mart* trial.

A supporting declaration by David F. Offen-Brown accompanies this stipulation.

/ / /

/ / /

/ / /

1

| PROPOSED DATES | ORIGINAL DATE |
|---|---|
| Fact and Expert Discovery cut-off: Aug. 31, 2012 | May 29, 2012 |
| Deadline file Dispositive Motions: Sept. 13, 2012 | June 28, 2012 |
| Dispositive Motions Heard: October 18, 2012 | August 2, 2012 |
| Counsel confer by: January 2, 2013 | October 3, 2012 |
| Pretrial Stm. & MILs due: January 15, 2013 | October 18, 2012 |
| MIL Opp. due: January 22, 2013 | October 25, 2012 |
| Trial briefs, voir dire, jury instructions due: Jan. 29, 2013 | November 2, 2012 |
| Pretrial Conference: January 31, 2013 | November 1, 2012 |
| Final Pretrial Conference: February 28, 2013 | November 29, 2012 |
| Trial (five days): March 4, 2013 | December 3, 2012 |

I, David F. Offen-Brown, certify that I have obtained the concurrence of Eric Angstadt, counsel for Defendant, in this Stipulation and that this Stipulation appear signed by him.

DATED May 15, 2012        /s/ David F. Offen-Brown
                          Counsel for Plaintiff, EEOC

DATED May 15, 2012        /s/ Eric Angstadt
                          Counsel for Defendant,
                          Crime Scene Cleaners

PURSUANT TO STIPULATION, IT IS SO ORDERED .

DATED: May 18, 2012       _____
                          Maria-Elena James
                          Chief United States Magistrate Judge