1   WILLIAM R. TAMAYO -- #084965 (CA)
    MARCIA L. MITCHELL - #18122 (WA)
2   DAVID F. OFFEN-BROWN – #063321 (CA)
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    350 The Embarcadero, Suite 500
4   San Francisco, California  94105-1260
    Telephone:  (415) 625-5652
5   Facsimile: (415) 625-5657
    David.Offen-Brown@eeoc.gov
6
    Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  U.S. EQUAL EMPLOYMENT                **Case No. CV-11-04269 MEJ**
    OPPORTUNITY COMMISSION,
12                                       **STIPULATED REQUEST FOR ORDER**
                    Plaintiff,           **CHANGING TIME OF THE CLOSE OF**
13                                       **DISCOVERY ONLY**; [PROPOSED]
    vs.                                  **ORDER**
14
    CRIME SCENE CLEANERS, INC.
15
                    Respondent.
16  _____/

17         Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ( EEOC) and

18  Defendant CRIME SCENE CLEANERS, INC. stipulate to the extension of only twenty days of

19  only the discovery cutoff for this case.  The EEOC continues to be unable to locate a key

20  witness, Shawn Clark, the parties could use this extra time to attempt to resolve outstanding

21  discovery disputes, and this extra time will facilitate settlement negotiations.

22         The current discovery cut-off is August 31, 2012.  *See* Docket 17.  The parties request it

23  be extended to September 20, 2012.  The other case dates, which are set forth below, would be

24  unchanged.  There has been one previous Order changing time, Docket 17.

25  CURRENT DATES

26  Fact and Expert Discovery cut-off:           Aug. 31, 2012

27  Deadline file Dispositive Motions:           Sept. 13, 2012

28  Dispositive Motions Heard:                   October 18, 2012

                                    1

| | | |
|---|---|---|
| 1 | Counsel confer by: | January 2, 2013 |
| 2 | Pretrial Stm. & MILs due: | January 15, 2013 |
| 3 | MIL Opp. due: | January 22, 2013 |
| 4 | Trial briefs, voir dire, jury instructions due: | Jan. 29, 2013 |
| 5 | Pretrial Conference: | January 31, 2013 |
| 6 | Final Pretrial Conference: | February 28, 2013 |
| 7 | Trial (five days): | March 4, 2013 |

8    I, David F. Offen-Brown, declare under penalty of perjury that the EEOC has not located

9  Shawn Clark despite diligent efforts to do so and certify that I have obtained the concurrence of

10  Eric Angstadt, counsel for Defendant, in this Stipulation and that this Stipulation appear signed

11  by him.

12  DATED August 1, 2012                              /s/ David F. Offen-Brown

13                                                          Counsel for Plaintiff, EEOC

14  DATED August 1, 2012                              /s/ Eric Angstadt

15                                                          Counsel for Defendant,

16                                                          Crime Scene Cleaners, Inc.

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED .

19

20  DATED: _____August 6, 2012_____    _____

21                                                          Maria-Elena James

22                                                          Chief United States Magistrate Judge

23

24

25

26

27

28

2