UNITED STATES DISTRICT COURT

Northern District of California

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

         Plaintiff,

  v.

CRIME SCENE CLEANERS, INC.,

         Defendant.
_____/

No. CV11-4269 MEJ

**ORDER RE: SUMMARY JUDGMENT BRIEFING AND HEARING SCHEDULE**

Pending before the Court are the parties' cross-motions for summary judgment, scheduled for a hearing on October 18, 2012. Dkt. Nos. 25, 29. However, Plaintiff Equal Employment Opportunity Commission has now filed a request to continue briefing and discovery deadlines. Dkt. No. 38. Good cause appearing, Plaintiff's request is GRANTED. The parties shall meet and confer in person by October 4, 2012, in a good faith attempt to reach an agreement regarding the new deadlines. The parties shall file a stipulation by October 11, 2012. If unable to reach an agreement, the parties shall file a joint report with their respective positions by October 11. Pending resolution of this issue, the hearing on the parties' cross-motions is vacated.

The Court also notes that the parties are scheduled to appear on November 1, 2012 for a settlement conference with Magistrate Judge Elizabeth Laporte. Dkt. No. 19. If the parties so desire, they may request that response/reply briefing occur only after the settlement conference, if unable to resolve the case at that time. Regardless of the briefing schedule, it is the Court's desire that the parties participate in the settlement conference prior to any hearing on the cross-motions.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge