IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEOC, | No. C -11-04269 MEJ (EDL) |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| CRIME SCENE CLEANERS INC, | |
| Defendant. | |

IT IS HEREBY ORDERED as follows:

The Clerk shall file under seal the original executed settlement documents the Court received from the parties on November 1, 2012, at the conclusion of the Settlement Conference until Submission of the Consent Decree to Magistrate Judge James.

Dated: November 2, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California