UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| EEOC,<br><br>                Plaintiff(s),<br>  v.<br>CRIME SCENE CLEANERS INC,<br>                Defendant(s).<br>_____/ | No. C 11-04269 MEJ<br><br>**ADMINISTRATIVE CLOSURE** |

The parties in this case have agreed to resolve this case by entry of a Consent Decree, and the Court has entered said decree. Dkt. Nos. 53, 54. Although it retains jurisdiction over this matter until the expiration of the consent decree, there appears to be no reason to maintain the file as an open case. Accordingly, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge